Preciliano Martinez
Attorney At Law, SBN 93253
1120 14th Street, Suite 5
Modesto, CA 95354
Telephone: (209) 579-2206
Email: attymartinezp@yahoo.com

Attorney for:
FRANCISCO JAVIER OCHOA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER OCHOA<br>VICTORIA RODRIGUEZ,<br>Defendants. | CASE NO. 1:19-CR-00211-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 12/02/19 AT 1:00 P.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Kathleen Servatius, and Defendants Francisco Javier Ochoa , represented by Attorney Preciliano Martinez, Defendant Victoria Rodriguez, represented by Peter M. Jones, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 4, 2019.

2. By this stipulation, defendants now move to continue the status conference until December 2, 2019, and to exclude time between November 4, 2019 and December 2, 2019, under Local Codes T4 and M. Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery and negotiate with the Government.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for

Stip. & [Proposed] Order Continuing Status Conf. &  1
Excluding Time Periods Under Speedy Trial Act

effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

      b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period November 4, 2019, and December 2 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 29, 2019                            /s/ Kathleen Servatius
                                                                KATHLEEN SERVATIUS
                                                                Assistant United States Attorney

Dated:  October 29, 2019                            /s/   Preciliano Martinez
                                                                PRECILIANO MARTINEZ, ESQ.
                                                                 Attorney for Francisco Javier Ochoa

Dated:  October 29, 2019                            /s/   Peter M. Jones
                                                                Peter M. Jones, ESQ.
                                                                Attorney for Victoria Rodriguez

**ORDER**

IT IS SO ORDERED.

Dated: **October 30, 2019**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE